**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1668**

PAUL CHARLES BIRD, a/k/a Paul Charles Bird, Sr.,

        Debtor - Appellant,

      v.

JOHN E. DRISCOLL, III; ROBERT E. FRAZIER; JANA M. GANTT; LAURA D. HARRIS; KIMBERLY LANE BITT; DEENA REYNOLDS; UNKNOWN DEFENDANTS 1 THROUGH 10; HUNTINGTON NATIONAL BANK, as Successor to Union Federal Savings Bank, and Assigns; BANK OF NEW YORK MELLON TRUST COMPANY, N.A.,

        Defendants – Appellees,

      v.

MONIQUE D. ALMY,

        Trustee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge. (1:15-cv-01326-GLR)

Submitted: October 20, 2015        Decided: October 22, 2015

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Paul Charles Bird, Appellant Pro Se.  Robert Harvey Hillman, SAMUEL I. WHITE PC, Rockville, Maryland; Ronald S. Canter, LAW OFFICES OF RONALD S. CANTER, LLC, Rockville, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul Charles Bird appeals the district court's order accepting the recommendation of the bankruptcy court judge and dismissing Bird's amended complaint filed as an adversary proceeding in the bankruptcy court. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Bird v. Driscoll, No. 1:15-cv-01326-GLR (D. Md. May 20, 2015). We deny Bird's motion for the preparation of a transcript at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3